Monica JEFFRIES, Plaintiff—
Appellant,

and

Benny Thomas, Plaintiff,

v.

MERCEDES–BENZ CREDIT CORPO-
RATION; Trans Union; Experian;
Equifax; DaimlerChrysler Financial
Services Americas, LLC, Defendants—
Appellees,

and

America Service Center, Defendant.

No. 06–1880.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 21, 2006.

Decided: Dec. 28, 2006.

Monica Jeffries, Appellant Pro Se.
Richard D. London, Susan E. Spiess, Rich-
ard D. London & Associates, P.C., Silver
Spring, Maryland; Mark E. Kogan, Chris-
topher N. Jones, Kogan, Trichon & Wer-
theimer, P.C., Philadelphia, Pennsylvania;
Alan Barry Sternstein, Sandy David Bar-
on, Shulman, Rogers, Gandal, Pordy &
Ecker, P.A., Rockville, Maryland; John J.
Friedline, Kilpatrick & Stockton, L.L.P.,
Atlanta, Georgia, Nathan Daniel Adler,
Neuberger, Quinn, Gielen, Rubin & Gib-
ber, P.A., Baltimore, Maryland, for Appel-
lees.

Before NIEMEYER, WILLIAMS, and
KING, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Monica Jeffries appeals the district
court's order granting summary judgment
in favor of Mercedes–Benz Credit Corpo-
ration, Inc., DaimlerChrysler Financial
Services Americas, Trans Union, LLC, Ex-
perian Information Solutions, Inc., and
Equifax on her claims under the Fair
Credit Reporting Act and for various com-
mon law tort causes of action. We dismiss
the appeal for lack of jurisdiction because
the notice of appeal was not timely filed.

Parties are accorded thirty days after
the entry of the district court's final judg-
ment or order to note an appeal, Fed.
R.App. P. 4(a)(1)(A), unless the district
court extends the appeal period under
Fed. R.App. P. 4(a)(5), or reopens the ap-
peal period under Fed. R.App. P. 4(a)(6).
This appeal period is "mandatory and ju-
risdictional." *Browder v. Dir., Dep't of
Corr.,* 434 U.S. 257, 264, 98 S.Ct. 556, 54
L.Ed.2d 521 (1978) (quoting *United States
v. Robinson,* 361 U.S. 220, 229, 80 S.Ct.
282, 4 L.Ed.2d 259 (1960)).

The district court's order granting sum-
mary judgment in favor of defendants was
entered on the docket on June 27, 2006.
The notice of appeal was filed by Jeffries
on August 2, 2006. Because Jeffries failed
to file a timely notice of appeal or obtain
an extension or reopening of the appeal
period, we deny Jeffries's motion to pro-
ceed in forma pauperis and dismiss the
appeal. We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*DISMISSED.*